UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER IDS: 100025526634359, 100033749823910, 100034434511860, 100025525604791, and 100041936680396 THAT ARE STORED AT PREMISES CONTROLLED BY FACTOOK INC. | CASE NUMBER 5:20-MJ-04<br><br>**ORDER TO SEAL** |

---

The United States having moved this Court for an order sealing this matter, and good cause having been shown therefor, it is hereby

ORDERED that this matter be sealed for 180 days to be automatically unsealed by the Clerk of Courts thereafter unless otherwise ordered by the Court.

Dated this 6th day of January, 2020.

BY THE COURT:

_____
Daneta Wollmann
United States Magistrate Judge