AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 5:20-MJ-04 | Date and time warrant executed: 1/7/20 | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||

Inventory of the property taken and name of any person(s) seized:

Analysis of the following Facebook Account;

- 100625524634359
- 100337498239l0
- 100034434511860
- 100025525604791
- 100041934680396

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/18/21

_Executing officer's signature_

Jerrick W. Myers / Special Agent
_Printed name and title_